### BELL *v.* THE STATE.

LUMPKIN, J.—1. The charge complained of being a lengthy extract from the general charge of the court, containing several distinct propositions, most if not all of which were correct, and no error being specified or pointed out, no proper assignment of error for adjudication by this court is presented.

2. The evidence fully warranted the verdict.          *Judgment affirmed.*

November 12, 1894.

Indictment for murder.    Before Judge Harris.    Meriwether superior court.    August term, 1894.

McLaughlin & Jones, for plaintiff in error.

J. M. Terrell, attorney-general, and T. A. Atkinson, solicitor-general, *contra*.